UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF VIRGINIA
Alexandria Division



In re:

GREGORY CHARLES MITCHELL,  Case No. 19-14885-RGM
Chapter 7

Debtor

## AFFIDAVIT OF CINDY RAISTRICK IN RESPONSE TO DEBTOR CLAIM FOR SANCTIONS

COUNTY OF COLLIER

STATE OF FLORIDA

BEFORE ME, this day, personally appeared CINDY RAISTRICK, who after being duly sworn, deposes and says that:

1. I am over eighteen (18) years of age and if called to testify to the contents of this affidavit, I am competent to do so.

2. I reside in Collier County, Florida, and I was a Defendant/Counter-Plaintiff in Collier County Circuit Court Case Number 8-9210-CA.

3. I have had no contact with GREGORY CHARLES MITCHELL of any kind since Debtor filed his bankruptcy action, and adopt any argument or requested relief raised by COLLEEN J. MacALISTER in defense of this action for sanctions, as my own.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
CINDY RAISTRICK

COUNTY OF COLLIER
STATE OF FLORIDA

The foregoing instrument was sworn to and subscribed before me this 23rd day of February, 2010, by CINDY RAISTRICK, who executed the foregoing and produced _____ as identification or is personally known to me.

_____
Signature of NOTARY PUBLIC

(SEAL)

Colleen J. MacAlister
COMMISSION # DD673512
EXPIRES: MAY 13, 2011
WWW.AARONNOTARY.com

Colleen J. MacAlister
Print, Type or Stamp Commissioned Name of Notary Public

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished via US Mail to: Mr. James W. Reynolds, ODIN FELDMAN & PITTLEMAN, PC, 9302 Lee Highway, Suite 1100, Fairfax, Virginia 22031 on this _____ day of February, 2010.

_____
**CINDY RAISTRICK**