UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF VIRGINIA
Alexandria Division



In re:  \*
　　　　\*
GREGORY CHARLES MITCHELL,  \*　　Case No. 19-14885-RGM
　　　　\*　　Chapter 7
Debtor  \*
_____/

## RESPONDENT'S MOTION TO BRING ELECTRONIC DEVICE INTO THE COURTROOM

**COMES NOW**, Respondent, COLLEEN J. MacALISTER, by and on behalf of herself, requests leave to bring an electronic device into the courtroom during the hearing scheduled for April 14, 2010, at 2:00 P.M., and in support thereof states as follows:

1. Respondent is to appear in Virginia on April 14, 2010 for a hearing in the above-styled cause.

2. Respondent resides in Naples, Florida, and will arrive at court for the hearing by cab after checking her luggage with her airline at Regan National.

3. Respondent leaves immediately after the hearing for a return flight to Florida and does not wish to travel without the benefit of her PDA (IPhone), but has nowhere to leave her phone prior to entering the courthouse.

4. Both local and federal rules require permission of the court to bring an electronic device into a federal courtroom.

5. Respondent agrees that her phone will be off and available for inspection at any time by courthouse security.

WHEREFORE, Respondent, COLLEEN J. MacALISTER, respectfully asks the Court to grant her permission to bring her IPhone into the courthouse for her appearance on April 14, 2010.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via FedEx to: Mr. James W. Reynolds, ODIN FELDMAN & PITTLEMAN, PC, 9302 Lee Highway, Suite 1100, Fairfax, Virginia 22031, on this 5th day of April, 2010.

_____
COLLEEN J. MacALISTER, Esq.
*here, on her own behalf, and not as counsel*

**Law Offices of Colleen J. MacAlister, P.A.**
Florida Bar Number. 0804711
5147 Castello Drive
Naples, Florida 34103
Phone: 239/262-3760
Facsimile: 239/790-5779
Attorney for Arron and Cindy Raistrick

UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF VIRGINIA
Alexandria Division

In re:                              *
                                    *
GREGORY CHARLES MITCHELL,           *     Case No. 19-14885-RGM
                                    *     Chapter 7
Debtor                              *
_____/

## ORDER

THIS MATTER comes before the Court on the Motion of Respondent, COLLEEN J. MacALISTER, to bring an electronic device, her IPhone, into the Courtroom for proceedings before the Court on April 14, 2010, at 2:00 P.M.

IT APPEARING that there is sufficient cause for granting Respondent's Motion, it is therefore

ORDERED that the Motion to bring an electronic device into the Courtroom on April 14, 2010, is GRANTED.

DONE and ORDERED this _____ day of April, 2010.

_____
ROBERT G. MAYER
U.S. Bankruptcy Judge