# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

GREGORY CHARLES MITCHELL,

    Debtor.

Case No. 09-14885-RGM
(Chapter 7)

## ORDER DENYING MOTION TO APPROVE

THIS MATTER is before the court on the motion of Colleen J. MacAlister to approve leave to bring an electronic device into the courtroom on April 14, 2010. It appearing proper to do so; it is

ORDERED that the motion is denied. All electronic devices must be surrendered to the Court Security Officers who provide a secured locker for storage of such devices.

DONE at Alexandria, Virginia, this 7th day of April, 2010.

    /s/ Robert G. Mayer
    Robert G. Mayer
    United States Bankruptcy Judge

Copy mailed to:

Colleen J. MacAlister
5147 Castello Drive
Naples, Florida 34103

15895