UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF VIRGINIA
Alexandria Division



In re:

GREGORY CHARLES MITCHELL,   Case No. 19-14885-RGM
                             Chapter 7
Debtor

_____/

## RESPONDENT COLLEEN MacALISTER'S REQUEST FOR WRITTEN OPINION OF THE COURT

**COMES NOW,** Respondent, COLLEEN MacALISTER, and requests that the Court issue a written opinion of the Findings of Fact and Conclusions of Law rendered orally by the Court on April 14, 2010, in ruling on Debtor's Motion for Sanctions for Violation of the Automatic Stay and Respondent's Motion for Sanctions. Respondent's appellate counsel is unable to determine the merits of an appeal without a written opinion of the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished via US Mail to: Mr. James W. Reynolds, ODIN FELDMAN & PITTLEMAN, PC, 9302 Lee Highway, Suite 1100, Fairfax, Virginia 22031, on this 20th day of April, 2010.

_____
**COLLEEN J. MacALISTER, Esq.**
*here, on her own behalf, and not as counsel*

**Law Offices of Colleen J. MacAlister, P.A.**
Florida Bar Number. 0804711
5147 Castello Drive
Naples, Florida 34103
Phone: 239/262-3760
Facsimile: 239/790-5779