**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **GREGORY CHARLES MITCHELL**, | * | Case No. 09-14885-RGM |
| | * | Chapter 7 |
| Debtor. | * | |

## JUDGMENT ORDER

THIS MATTER comes on upon the declaration (the "Declaration") of James W. Reynolds, Esquire relating to attorney's fees incurred in connection with the motion for sanctions filed by Gregory Charles Mitchell (the "Debtor") against Colleen J. MacAlister ("MacAlister"), Esquire, Arron Kyle Raistrick and Cindy Raistrick (collectively, the "Raistricks"), and MacAlister's notice contesting the amount of attorney's fees and costs, and

IT APPEARING that, pursuant to the Order entered on May 12, 2010, this Court granted the Debtor's motion for sanctions against MacAlister and the Raistricks based upon their violation of the automatic stay of 11 U.S.C. §362; that this Court also determined that the Debtor was entitled to an award of his reasonable attorney's fees and costs and directed Debtor's counsel to file the Declaration; that, as described in the Declaration, the Debtor incurred attorney's fees in the total amount of $12,776.00 and costs in the total amount of $614.01; and that, for the reasons stated in open court on July 13, 2010, the Debtor should be awarded judgment against MacAlister and the Raistricks, jointly and severally, for his attorney's fees and costs in the total amount of $13,390.01, it is therefore

ORDERED that judgment in the total amount of $13,390.01, plus interest from the date this judgment order is entered at the rate(s) provided for under 28 U.S.C. §1961, is hereby granted to Gregory Charles Mitchell against Colleen J. MacAlister, Arron Kyle Raistrick and Cindy Raistrick jointly and severally.

Dated:_____

                                                          _____
                                                          **ROBERT G. MAYER**
                                                          U.S. Bankruptcy Judge

                                                          Entered:_____

I ask for this:


*/s/ James W. Reynolds*_____
**James W. Reynolds, Esquire, VSB No. 33226**
**Counsel for Gregory Charles Mitchell**
**ODIN FELDMAN & PITTLEMAN PC**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia 22031**
**Direct:  703-218-2134**
**Fax:  703-218-2160**
**E-Mail:  Jim.Reynolds@ofplaw.com**

PARTIES TO RECEIVE COPIES:

James W. Reynolds, Esquire (to be sent electronically)

Colleen J. MacAlister, Esquire
5147 Castello Drive
Naples, Florida 34103

Arron Kyle Raistrick
449 Worthington Street
Marco Island, Florida 34145

Cindy Raistrick
449 Worthington Street
Marco Island, Florida 34145

#1256653v1  09-14885  52236/00001

09-14885